# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| CINDY CAROLINA RIERA-RANGEL, § § *Petitioner*, § § v. § § KRISTI NOEM, IN HER OFFICIAL § CAPACITY AS SECRETARY, U.S. § DEPARTMENT OF HOMELAND § SECURITY; PAMELA JO BONDI, IN § HER OFFICIAL CAPACITY AS § ATTORNEY GENERAL OF THE § UNITED STATES; TODD M. LYONS, § IN HIS OFFICIAL CAPACITY AS § ACTING DIRECTOR, § IMMIGRATION AND CUSTOMS § ENFORCEMENT; MARY DE ANDA- § YBARRA, IN HER OFFICIAL § CAPACITY AS FIELD OFFICE § DIRECTOR, EL PASO FIELD § OFFICE, U.S. IMMIGRATION AND § CUSTOMS ENFORCEMENT; and § JOHN OR JANE DOE, IN HIS § OFFICIAL CAPACITY AS THE § WARDEN OF THE ERO EL PASO § CAMP EAST MONTANA, TEXAS, § § *Respondents*. § | No. 3:26-CV-00396-LS |

## ORDER FOR SERVICE

Petitioner Cindy Carolina Riera-Rangel challenges her custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Her petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **March 2, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 10, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**